| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Yoen D Long** | Social Security number or ITIN   **xxx–xx–0745** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **17–02751** | | Date case filed for chapter  **7**   **1/31/17** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Yoen D Long | | |
| 2. | **All other names used in the last 8 years** | aka Yoen Celis Avalos | | |
| 3. | **Address** | 127 E. Lake St., Apt. 240 Bloomingdale, IL 60108 | | |
| 4. | **Debtor's attorney** Name and address | Joseph S Davidson Sulaiman Law Group, Ltd. 900 Jorie Boulevard Suite 150 Oak Brook, IL 60523 | | Contact phone (630) 575–8181 x116 Email: jdavidson@sulaimanlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Miriam R Stein Chuhak & Tecson, P.C. 30 S. Wacker Drive Suite 2600 Chicago, IL 60606 | | Contact phone 312–855–6109 Email: mstein@chuhak.com |

**For more information, see page 2 >**

Debtor **Yoen D Long**                                                                    Case number **17–02751**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 2/1/17 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 1, 2017 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/1/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 17-02751-DLT
Yoen D Long                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kmcgee          Page 1 of 2          Date Rcvd: Feb 01, 2017
                              Form ID: 309A         Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
```
db            +Yoen D Long,   127 E. Lake St., Apt. 240,   Bloomingdale, IL 60108-1180
25297185      +Aes/Rbs Citizens Na,   Po Box 61047,   Harrisburg, PA 17106-1047
25297184      +Aes/Rbs Citizens Na,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
25297188      +City of Chicago Department of Finance,   333 S. State St.,   Chicago, IL 60604-3972
25297192      +Deville Management,   1132 Glade Road,   Colleyville, TX 76034-4227
25297194      +Dfas-cl Indianapolis,   8899 E 56th St,   Indianapolis, IN 46249-0002
25297193      +Dfas-cl Indianapolis,   Attn: Customer Service Dept 3300,   8899 E 56 St,
                Indianapolis, IN 46249-0002
25297197      +Fingerhut Credit Account Services,   PO Box 166,   Newark, NJ 07101-0166
25297198       First Premier Bank,   601 S Minneaplois Avenue,   Sioux Falls, SD 57104
25297202      +Linebarger Goggan Blair & Sampson,   Po Box 06140,   Chicago, IL 60606-0140
25297204       National Grid,   Po Box 11742,   Newark, NJ 07101-4742
25297205      +Northlan Group,   PO Box 390846,   Minneapolis, MN 55439-0846
25297208      +Riverside Brookfield HS,   Business Office,   160 Ridgewood Rd.,   Riverside, IL 60546-2408
25297210      +The Credit Bureau Inc.,   EOS CCA,   700 Longwater Dr.,   Norwell, MA 02061-1624
25297211      +The Credit Bureau Inc.,   300 Canal View Blvd.,   Rochester, NY 14623-2811
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jdavidson@sulaimanlaw.com Feb 02 2017 01:43:02      Joseph S Davidson,
                Sulaiman Law Group, Ltd.,   900 Jorie Boulevard,   Suite 150,   Oak Brook, IL  60523
tr            +EDI: QMRSTEIN.COM Feb 02 2017 01:03:00      Miriam R Stein,   Chuhak & Tecson, P.C.,
                30 S. Wacker Drive,   Suite 2600,   Chicago, IL 60606-7512
25297186      +EDI: ARSN.COM Feb 02 2017 01:03:00      ARS National Services Inc,   PO Box 469046,
                Escondido, CA 92046-9046
25297187      +EDI: CAPITALONE.COM Feb 02 2017 01:03:00      Capital One Bank,   PO Box 6492,
                Carol Stream, IL 60197-6492
25297189      +EDI: RCSFNBMARIN.COM Feb 02 2017 01:03:00      Credit One Bank,   PO Box 98872,
                Las Vegas, NV 89193-8872
25297190      +EDI: RCSFNBMARIN.COM Feb 02 2017 01:03:00      Credit One Bank Na,   Po Box 98873,
                Las Vegas, NV 89193-8873
25297191      +EDI: RCSFNBMARIN.COM Feb 02 2017 01:03:00      Credit One Bank Na,   Po Box 98875,
                Las Vegas, NV 89193-8875
25297195      +E-mail/Text: data_processing@fin-rec.com Feb 02 2017 01:43:49      Financial Recovery Services,
                Po Box 385908,   Minneapolis, MN 55438-5908
25297196      +EDI: BLUESTEM Feb 02 2017 01:03:00      Fingerhut,   6250 Ridgewood Rd.,
                St Cloud, MN 56303-0820
25297199      +EDI: AMINFOFP.COM Feb 02 2017 01:03:00      First Premier Bank,   601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
25297201       EDI: IRS.COM Feb 02 2017 01:03:00      Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 21126,   Philadelphia, PA 19114-0326
25297200       E-mail/Text: rev.bankruptcy@illinois.gov Feb 02 2017 01:44:25
                Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
25297203      +EDI: RESURGENT.COM Feb 02 2017 01:03:00      LVNV Funding,   PO Box 10497,
                Greenville, SC 29603-0497
25297207       EDI: PRA.COM Feb 02 2017 01:03:00      Portfolio Recovery,   120 Corporate Blvd Suite 1,
                Norfolk, VA 23502
25297206       EDI: PRA.COM Feb 02 2017 01:03:00      Portfolio Recovery,   PO Box 41067,   Norfolk, VA 23541
25297209      +E-mail/Text: compliance@sentrycredit.com Feb 02 2017 01:46:05      Sentry Credit, Inc.,
                2809 Grand Ave.,   Everett, WA 98201-3417
                                                                                          TOTAL: 16
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25297212    ##+Transworld Systems,   2235 Mercury Way,   Suite 275,   Santa Rosa, CA 95407-5463
                                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: kmcgee          Page 2 of 2          Date Rcvd: Feb 01, 2017
                              Form ID: 309A         Total Noticed: 31
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
          Joseph S Davidson    on behalf of Debtor 1 Yoen D Long jdavidson@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
           mail.com;bkecf_sulaiman@bkexpress.info
          Miriam R Stein    mstein@chuhak.com,
           dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com;vjefferson@chuhak.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                            TOTAL: 3
```